Case 2:23-cv-00048-WFN    ECF No. 6    filed 08/07/23    PageID.33    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2023

SEAN F. MCAVOY, CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Amador Sanchez Mendoza

*Petitioner*

v.

No Named Respondent

*Respondent*

)
)
)
)
)
)

Civil Action No. 2:23-cv-00048-WFN

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:    Pursuant to the court order at ECF No. 5, the construed Petition for Writ of Habeas Corpus, filed February 14, 2023, ECF No. 1, is DISMISSED WITHOUT PREJUDICE.
Judgment is entered against the Petitioner.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Senior Judge   Wm. Fremming Nielsen.

Date: 8/7/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony